ERRATA

*Diamond Sawblades Manufacturers Coalition v. United States*, Consol. Court No. 16-00124, Slip Op. 18-28, dated March 22, 2018:

Page 5:        In line 5 of the block quote, correct "$90 + 10%   $99" to "$90 + 10% = $99".

Page 14:       In the first three lines, insert equal signs ("=") as follows:

> Irrecoverable VAT = (FOB export value) multiplied by (standard VAT levy rate minus VAT rebate applicable to exported goods) = (FOB export value) * (17% - 9%) = FOB * 8%.

Page 46:       Line 7, afer "approach", delete "that".

Page 49:       Line 11, change "was" to "were".

Page 50:       Line 12, change "bar." to "bar,".